McPherson *v.* Leathers.

------

McPHERSON *v.* LEATHERS.

HIGHWAYS.—APPEAL.—On an appeal from the county board to the Circuit Court, in a proceeding for the location of a highway, the Circuit Court does not take jurisdiction for the correction of errors, but must try the cause as an original cause, and make a final judgment. The court may either execute its own judgment or send the case down to the county board, with directions to execute the judgment.

APPEAL from the *Morgan* Circuit Court.

FRAZER, C. J.—This case originated before the board of commissioners, where there had been various proceedings. It was a petition for the establishment of a highway. *Leathers,* a remonstrant, appealed to the Circuit Court. That court, without trying the cause, *mero motu* remanded it to the commissioners, with directions to set aside all the proceedings after a certain point and proceed *de novo.* This was erroneous. In such an appeal, the Circuit Court must try the cause for itself, as an original cause, and it does not take jurisdiction as a court for the correction of errors. It must make a final determination, and it may then either execute its judgment or send the cause down to the commissioners, with directions to carry the judgment into effect. 1 G. & H., §§ 36, 37, p. 253.

· The judgment is reversed, with costs, and the cause remanded, &c.

*S. Claypool* and *F. P. A. Phelps*, for appellant.

*W. W. Leathers*, *G. Carter*, *W. R. Harrison* and *W. S. Shirley*, for appellee.